FILED
MAR 29 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

SA23CA0410XR

VI Relief 36,551,890,288,286,499,201,463,841,337,350,550,598,441,675,48,140,192,400,000,000,000,000,000 — initial payment per ~~minute~~ hour of continued and ongoing radiological terror towards me and my family and friends, per hour unlawful custody of the peonage of Bexar County 202 N. Comal and its institution, Bexar County Adult Detention Center 200 N. Comal / 78207

VII A. [illegible] as center, ECC privilege
[illegible]
[illegible]

B. [illegible] as SID privilege

VIII A. No: as USDC

23.3.2.27.4,45 VC 11-308

UNITED STATES DISTRICT COURT
For [illegible]: as above privilege (42) 1418386.10[14]

[illegible] as above privilege 1465545461610[12]

v. 87234976.10[17] ~~[illegible]~~ [illegible] as USDC (42) privilege

Sheriff: as above privilege [illegible] Salazar / as above privilege 19073748555.10[24]

Petition for Writ of Habeas Corpus [illegible]: as USDC (42) privilege

1.(a) [illegible]: as above; ECC, privilege
(b) [illegible]: "
[illegible]: "

2.(a) Bexar County Adult Detention Center / as above privilege 3417602521 0[25]
(5) 200 N. Comal 78207 / as BCADC privilege
(8) [illegible]: as above privilege 15034288.10[12]

3. other: as Vallejo, BCS 4721057388.10[9]
4. other: as Def #1 1483534.10[9] 14541371014992.10[27] 480175942587301312.10[13] 7062165721.10[12] 849108910081.10
5. other: validity of custody: as Def #1, Vallejo, BCS, BCADC, 4th, [illegible], Sheriff, Salazar
6.(a) Bexar County Court: 6/5;6;/13;/10;/4;3/1841152384: 1823: 1332461 (33242) 1184115 2384: 1823: 7351508/3 1133242) 1184115 2384: 1823: 7351806/4/133242)

1/8 (118§2384: 1§23: 12; 13§242) 1/8(115§2384: 1§23: 16/2/13§242) 1/8(115§2384: 1§23: 13§24/ 13§242) 1/8(115§2384: 1§23: 73§1811/2 /13§242) 1/8(118§2384: 1§23: 73§1510 /13§242) 1/8(115§2384: 1§23: 101§2078/7/13§242) 1/8(118§2384: 1§23: 101§2093/3 /13§242) 1/8(118§2384: 1§23: 73§1801 /13§242) 1/8(118§2384: 1§23: 101§2071/2 /13§242) 1/8 (118§2384: 1§23: 93§1924/3/13§242) 1/8(118§2384: 1§23: 1/3B§7339B/7/13§242). 1/8(115§2384: 1§23: 96/8/2 /13§242) 1/8(118§2384: 1§23: 45§953 /13§242) 1/8(118§2384: 1§23: 45§955 /13§242) 1/8(118§2384: 1§23: 1/3B§2332D /13§242) 1/8(115§2384: 1§23: 77§1593a/3 /13§242) 1/8(118§2384: 1§23: 1§11 /13§242) 1/8(118§2384: 1§23: 13§244 /13§242) 1/8(115§2384: 1§23: 48§986/5/ 13§242) 1/8(118§2384: 1§23: 43§912 /13§242) per minute w/o due process / per unlawful detainer / per person for harboring / per U.S. citizen @ 7066 0179 6928 .10/8 / 1017 8749 792 .10/8

1100 NW Loop 410, STE 1084 / 78205, 210/338/2238; 1011 W. Nueva / STE 1101 / 78205 / 210/338/2448 / 210/338/2504 / as B.C.C per vinyadu

(B) 2021 CR 9/1/4981: 5 jg. / 1/4 / 1/8(115§2384: 43§1346/2: 13§241/2 /13§242) 1/8(118§2384: 43§1346/2: 77§1892/5 /13§242) 1/8(115§2384: 43§1346/2: 77§1885/4 /13§242) 1/8(118§2384: 47§1018/2: 77§1592/5 /13§242) 1/8(115§2384: 47§1018/2: 47§1001/2/13§242)

| | | | |
|---|---|---|---|
| " | 47§1029/4 /13§242) | " | 1§73§1810 " |
| " | 73§1812/3/ | " " | ; 73§1513/3/ |
| " | 33§719/2/ | " " | 33§709/2 / |
| 47§1001/2: | | " " | 47§1001/2: |
| " | 73§1512/3/ | " " | 73§1513/3/ |
| " | 13§241 / | " " | 13§241 / |
| " | 13§248 / | " " | 13§248 / |
| " | 103§2118/2/ | " " | 103§2114/3/ |
| " | 48§953 / | " " | 1§11 / |
| " | 38§470 / | " " | 31§466/5/ |
| " | 17§1885/4/ | " " | 77§1592/5/ |
| " | 47§1038/2/ | " " | 47§1018/2: 47§1038/2/ |
| | | " | 13§241 / " |

per letter / per digit / per character / per minute w/o indictment / per minute of false indictment / per false accusation accumulation / per double jeopardy accumulation / per dose of alleged substance / per penny of value dosage total of alleged substance / per vinyadu

4201068112 +10 29

(C) UNKnown: as B.C.C

(d) unknown: as B.C.C

7. yes (a) (1) USDC/West/ as above per vinyadu (4) UNKnown: as USDC
(2) UNKnown " " (5) " "
(3) " " (6) " "

8. yes (a) (1) USDC/West/ as above per vinyadu (4) UNKnown: as USDC
(2) UNKnown " (5) " "
(3) " " (6) " "

9. yes (a) (1) USDC/West/ as above per vinyadu (4) UNKnown: as USDC
(2) UNKnown " (5) " "
(3) " " (6) " "

10. NO (b) NO

(C.) After almost 2 years as a "pretrial detainee" I have yet due process nor trial: 8/4:13/4/11/14/3/1871189 2384: 735/806/4:135241/135242)/18/1189 2384: 735/806/4:135240)/135242)/1871189 2384: 735/806/4:135243/2/135242)

/18/1189 2384: 479/001/2:135246/135242) /18/1189 2384: 135241: 135246/135242)

| | | | | | |
|---|---|---|---|---|---|
| " | 735/60/ & 779/885/4/ | " | " | 735/806/4: 779/885/4/135242) | |
| " | "735/806/4/ | " | " | " 779/1592/3/135242) | |
| " | " 779/1592/5/ | " | " | " 95153 / | " |
| " | " 375792/2/ | " | " | " 553/1202/ | " |
| " | " 1018 2071/2/ | " | " | " 375792/2/ | " |
| " | " 1018 2073/3/ | " | " | " 1018 2073/3/ | " |
| " | " 479/1028/4/ | " | " | " 479/1028/4/ | " |
| " | " 479/1029/2/ | " | " | " 479/1029/2/ | " |
| " | " 479/1030/2/ | " | " | " 479/1030/2/ | " |
| " | " 479/1038/2/ | " | " | " 479/1038/2/ | " |
| " | " 135241 / | " | " | " 135241/ | " |
| " | " 553/1203/ | " | " | " 553/1203/ | " |
| " | " 553/1207/ | " | " | " 553/1207/ | " |
| " | " 779/1889 | " | " | " 779/1589 | " |
| " | " 1018 2075/2/ | " | " | " 1018 2075/2/ | " |
| " | " 935/1924/3/ | " | " | " 935/1924/3/ | " |
| " | " 435/1001/2/ | " | " | " 435/1001/2/ | " |
| " | " 735/1572/3/ | " | " | " 735/1513/3/ | " |
| " | " 735/1513/3/ | " | " | " 735/1572/3/ | " |
| " | " 375785/2/ | " | " | " 375781/2/ | " |
| " | " 43991/2 / | " | " | " 43991/2 / | " |
| " | " 43991/3/2/ | " | " | " 43991/3/2/ | " |
| " | " 459953/ | " | " | " 459953/ | " |

per minute hostaged/per person/a hostaging/per non-existent juror/per attorney 1742644072.10[8]

II. NO Rulings on 0129 – 4100 05/16/22 Det/Bond writ/writ/Release/Bond/Habe/Detained/Release in B.C.C./

6/14/3 /1811552384: 479/1018/2: 135241/135242)/1811552384: 479/1038/2: 135241/135242)

/18/1159 2384: 435/346/2: 135241/135242) /18/1159 2384: 418872/2: 135241/135242)

| | | | | | |
|---|---|---|---|---|---|
| " | " 418872/2/135242) | " | 418873 : | " | |
| " | " 418873 /135242) | " | 425892 : | " | |
| " | " 425892 / | " | " | 42:993 : | " |
| " | " 425893/ | " | " | 42:994 : | " |
| " | " 42:894/ | " | " | 435/1028 : | " |
| " | " 1018 2073/3/135242) | " | 1018 2073/2: | " | |
| " | " 479/1038/2/ | " | " | | " |

per visible, perpetuation, per motion, per entry, per filed, per unfiled, per minute unresolved

0129 – 4100 05/16/22 MOT/TO/Dismiss/Insufficient/Evidence/

0130 " DET/BOND/WRIT/DET/DETAINED/W/DISEASE/

0131 " DET./BOND/WRIT/CONTROLLED/SUBSTANCE/

0134 " MOT/FOR/DISCOVERY/

0137 " MOT/DISMISS/COUNSEL/APPOINTED/COUNSEL/

0138 " MOT/FOR/REDUCTION/OF/BOND/

0139 " DET/BOND/WRIT/RELEASE/BECAUSE/OF/DELAY/

0140 -4100 5/16/22 [illegible]
0141 " [illegible]
0142 5/20/22 [illegible]
0143 " [illegible]
0144 " [illegible]
0145 " [illegible]
0148 8/04/22 [illegible]
1431982254912105

(b) [illegible]: as above per virgule
(c) as listed (d) 2021CR[illegible]; [illegible]
(e) unknown: as B.C.C. (f) unknown: as B.C.C. [illegible]: as above per virgule
(G) [illegible]: 4, 8, 13, 11[illegible] [illegible]
[illegible]: [illegible]
[illegible]: 4, 8, 13, 11[illegible] [illegible]
[illegible]

| | | |
|---|---|---|
| 1375757/2/135242) | " | 355757/2/135242) |
| 1479/029/1/ | " | 479/030/2/ |
| 775/542/5/ | " | 479/028/4/ |
| 479/035/ | " | 635/347/ |
| 479/034/2/ | " | 479/001/2/ |
| 735/612/3/ | " | 735/818/3/ |
| 735/150/ | " | 735/806/4/ |
| 135241/ | " | 135246/ |
| 135248/ | " | 135249/ |
| 453953/ | " | 11/35:83/ |

per minute [illegible] per entity of custody per virgule
244850273121010

13, ground one: 13, 11[illegible] [illegible]

| | | |
|---|---|---|
| 1181153738[illegible]: 135246: 12/135242) | | 11811532384:135243/2:135246/135242) |
| (5/2/135242) | " | 135241/135242) |
| 735248/135242) | " | 635134/2/135242) |
| 095153/ | " | 735/509/ |
| 315665/5/135242) | " | 479/031/ |
| 315664/2/ | " | 479/002/ |
| 415872/2/ | " | 435912/ |
| 415873/ | " | 435913/2/ |
| 435912 | " | 1015207/3/135242) |
| 935913/2/ | " | 935/924/3/ |
| 635134/2/ | " | 735/872/3/ |
| 735/872/3/ | " | 735/873/3/ |
| 735/573/3/ | " | 735/805/3/ |
| 555/203/ | " | 555/202/ |
| ~~per minute [illegible]~~ 775/593/3/ | " | 775/592/5/ |
| 775/888/4/ | " | 775/893/3/ |
| 776/889/ | " | 775/885/4/ |

/18/11§73§4; 13§246: 73§1593a/3/13§242) /18/115§7384: 13§243/c: 77§1589/13§242)
73§1801/
§3490244.10⁹.

per minute hostage w/o conviction / per year of custody w/o conviction / per entity of custody w/o conviction / per attorney / ~~per false accusation~~

(a) I have been unlawfully detained since I was kidnapped from J.H. Wood, Jr. Federal Courthouse 655 E Cesar E. Chavez BLVD 78206 while filing suit for 2 previous unlawful arrests as abductions that seemed to have been scheduled for 5/25/21 and 7/28/21, on 21.9.4.22.10.30 and have yet been properly processed nor speedy trial. So ~~that~~ w/o a triable cause have been w/o conviction ~~as p~~ as a pretrial detainee for for almost 2 years! Without conviction I am forced to endure the torture listed in the previous .42 as an involuntary service into only God-knows-what!

ground 2: 8y/14₃/ /18/11§7384: 73§1506/4: 13§241/13§242)
/18/115§7384: 73§1506/4 & 13§246 /13§242) /18/115§7384: 73§1506/4: 55§1202 /13§242)
: 10/§2073/3/18§242) /18/115§7384: 73§1506/4: 31§665/5/13§242)
/18/115§7384: 73§1506/4 & 103§2114/3 /13§242)

| | | | | |
|---|---|---|---|---|
| " | 439/346/2/ | " " | 31§466/2/ | " |
| " | 41§872/2/ | " " | 98§33/ | " |
| " | 101§2075/2/ | " " | 41§873/ | " |
| " | 113B§2332D/ | " " | 483958/ | " |
| " | 47§1001/2/ | " " | 113B§2339B/2/13§242) | " |
| " | 47§894/ | " " | 42§892/ | " |
| " | 43§914/ | " " | 42§893/ | " |
| " | 43§913/2/ | " " | 43§912/ | " |
| " | 77§1592/5/ | " " | 77§1893a/3/ | " |
| " | 48§983 | " " | 77§1889/ | " |
| " | 77§1885/4/ | " " | 1620 | " |
| " | 47§1004/ | " " | 47§1005/3/ | " |
| " | 47§1028/4/ | " " | 47§1006/3/ | " |
| " | 47§1030/3/ | " " | 47§1029/2/ | " |
| " | 41§880/ | " " | 53§1163/2/ | " |
| " | 31§669/2/ | " " | 31§661/2/ | " |
| " | 73§1512/3/ | " " | 31§662/2/ | " |
| " | 77§1884/ | " " | 73§1513/3/ | " |
| " | 103§2119/ | " " | 103§2112/ | " |
| " | 113§2312/ | " " | 113§2313/2/ | " |
| " | 113§2315/5/ | " " | 113§2314/8/ | " |
| " | 113§2316b/ | " " | 113§2319a/3/ | " |
| " | 113B§2339D/ | " " | 113§2319c/ | " |
| " | 44§982 | " " | 88§1801/ | " |
| ~~per person~~ | | | 35§78/3/ | " |

per penny of collection bonds/ransom / per penny collection bond/ransom increases / per penny of collection bond/ransom as they lose a round / bond accumulates / per bond/ransom

Stolen for bond/ransom increase/per minute w/o a bond/ransom
1/18/115 $ 23,414:733,1506/4; 733,150//133,242)/18/115 1384, 733,1506/4: 1018,2073/3/13524/2) 933,1924/3/ 1018,2071/2/
8249,622,796.10[27]

(a) Although I have been held for the better part of 2 years w/o a triable cause or trial court for conviction or relief, I am unlawfully detained in the custody of peonage of Bexar County Sheriff 202 N. Comal 78207 and its institution of Bexar County Adult Detention Center 200 N. Comal 78207 w/o a bond or ransom as cruel and unusual punishment of amendment 8. All previous bond that have been ~~paid~~ paid have been stolen by said peonage, as evident on the BCS event log and due to a declaration of a false statement made by Judge Carruthers that I am ~~incompetent~~ ~~incomp~~ incompetent to stand trial even w/o a triable cause, I ~~was~~ am denied a bond for resolution. Was found incompetent 3/12/22 was revoked recently then again reinstated; This notification came by Lt. of BK Docket Lopez 14/5/7/8/1-a/[2nd] Delay 23.2.2.27 and once before March 5 22, 18.35.

This is in promotion of ~~me being~~ the delays of me being processed out of here as well. Due to the reinstatement w/o eval. is malicious and intentional? The cruel and unusual punishment also includes the tortures assaults I am having to endure w/ this institution listed in the previous 42.

14. I am also to be seen as an article for Ponzi-Scheme suit

15. Relief - $144,431,578,719,899,448,764,328,489,709,744,912,000,000,000,000 — per hour unlawfully detained as I am w/o a triable cause for conviction and w/o bond ~~as~~ as I am forced to undergo the terroristic tortures of the peonage of Bexar County 202 N. Comal and its institution Bexar County Adult Detention while in custody of both as cruel and unusual punishment = 23.3.3.28.5:50 UCC 1-308

# BEXAR COUNTY ADULT DETENTION CENTER
## INMATE'S GRIEVANCE FORM

NAME [illegible] SID # [illegible] DOB

DATE [illegible] INCIDENT DATE/ TIME [illegible] HOUSING UNIT [illegible]

State incident or problem as clearly and briefly as possible. (Use additional forms or plain paper if necessary). Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form.

[illegible]

PROPOSED SOLUTION TO PROBLEM

[illegible]

INMATE'S SIGNATURE

***************** FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE *****************

RECEIVED BY ______ DATE ______ CASE # ______ CODE ______

______ INVESTIGATED BY ______

______ REFERRED TO ______ DATE ______

______ REJECTED (Include rationale for reject in response)

______ NO ACTION REQUIRED (Include reason in response)

GRIEVANCE SUMMARY RESPONSE

PROCESSED BY ______ Grievance Officer

REVIEWED BY ______ Grievance Supervisor

Date: ______

WHITE COPY TO FILE
CANARY COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8/11)

## FILING AN APPEAL

"WHEN YOU RECEIVE A RESPONSE TO A GRIEVANCE AND YOU ARE NOT SATISFIED WITH THE ANSWER, YOU MAY SUBMIT IN WRITING (GRIEVANCE FORM OR LETTER) STATING YOUR REASON FOR THE APPEAL WITHIN SEVENTY-TWO (72) HOURS TO THE ADMINISTRATOR OR HIS DESIGNEE. THE ADMINISTRATOR OR DESIGNEE WILL REVIEW THE FINDINGS AND MAY DENY OR GRANT THE APPEAL. THE DECISION OF THE ADMINISTRATOR OR DESIGNEE IS FINAL.

YOU MAY WRITE YOUR APPEAL ON A GRIEVANCE FORM OR PLAIN OR LINED PAPER (NO SCRAP OR PIECES OF PAPER)