UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ELLERY CARTER, SID #681667,** | § | |
| Petitioner, | § § § | |
| v. | § § | SA-23-CV-00410-XR |
| **SHERIFF JAVIER SALAZAR, Bexar County,** | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine and dismissing any claims brought pursuant to 42 U.S.C. § 1983, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that to the extent Petitioner Ellery Carter has asserted § 1983 claims in his 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, such claims are **DISMISSED WITHOUT PREJUDICE** subject to refiling in a separate § 1983 action.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is so **ORDERED**.

**SIGNED** April 6, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE